UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

2026 MAR 10 P 12: 32

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DEMETRIUS EXUM,

        Defendant.

Case No. 26-CR-**26 - CR - 052**

[18 U.S.C. §§ 922(g)(1), 924(a)(8) & 924(c); 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D)]

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.    On or about October 7, 2025, in the State and Eastern District of Wisconsin,

**DEMETRIUS EXUM,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate and foreign commerce, the possession of which was therefore in and affecting commerce.

2.    The firearm is further described as a Glock, model 19, 9mm pistol bearing serial number AHFW683, with an extended magazine.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 7, 2025, in the State and Eastern District of Wisconsin,

**DEMETRIUS EXUM**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing

a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 7, 2025, in the State and Eastern District of Wisconsin,

**DEMETRIUS EXUM**

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count Two

of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

# FORFEITURE NOTICE

Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of this Indictment or Title 18, United States Code, Section 924(c) set forth in Count Three of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Sections 922(g)(1) and/or 924(c), including, but not limited to: a Glock, model 19, 9mm pistol bearing serial number AHFW683, with an extended magazine.

A TRUE BILL:

FOREPERSON

Date: 3-10-26

BRAD D. SCHIMEL
United States Attorney